AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY _____ D.C.
JUL 2 4 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

United States of America
v.
James Bradford and
Robert McNeil Jr.,

Defendant(s)

Case No. 19-6355-Hunt

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 23, 2019__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, U.S.C. Section 1324(a)(1)(A)(v)(I) | Conspiracy to Encourage Illegal Immigration |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

SA David Jansen, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 7/24/19

_____
Judge's signature

City and state: Fort Lauderdale, Florida

PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David J. Jansen, being duly sworn, do depose and say:

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since April of 2007. Prior to my appointment as a Special Agent, I was an officer with U.S. Customs and Border Protection ("CBP") for four years, as well as an Inspector with the U.S. Immigration and Naturalization Service ("INS") for four years. I am responsible for conducting criminal investigations related to offenses contained in Titles 8, 18, 19, 21 and 31 of the United States Code. As a result of my training and experience, I am familiar with the tactics, methods, and techniques of committing various types of immigration law violations. I have been the lead investigator or otherwise participated in numerous investigations involving alien smuggling.

2. The statements contained in this Affidavit are based upon my own personal knowledge, as well information provided to me by other law enforcement officials and law enforcement support personnel. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that James Alexander BRADFORD ("BRADFORD") and Robert Lawrence MCNEIL JR ("MCNEIL") did knowingly conspire to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

3. On July 23, 2019, the United States Coast Guard (USCG) cutter Paul Clark was on routine patrol in international waters approximately 20 nautical miles off the east coast of Florida. Crew members observed an approximately seventy-foot Hatteras Motor Yacht bearing British Virgin

Islands registration number BVI743233 (hereinafter, the "suspect vessel"), transiting on a westbound course towards the United States.

4. The crew of the USCG cutter Paul Clark made contact with the suspect vessel via VHF radio and asked the crew to identify themselves. BRADFORD and MCNEIL identified themselves as the captain and crew of the vessel respectively. The crew of the cutter Paul Clark asked BRADFORD and MCNEIL how many people were on board the vessel. MCNEIL stated that there were ten people on board, two crew and eight passengers.

5. The USCG cutter Paul Clark shadowed the suspect vessel on a westbound course towards the United States. Via radio, the crew of the cutter Paul Clark asked MCNEIL for the names, dates of birth and citizenship of all passengers aboard the suspect vessel. MCNEIL provided the names and dates of birth of eight passengers and stated that all eight were citizens of Japan. During the radio conversation between MCNEIL and the crew of the cutter Paul Clark, MCNEIL repeatedly stated that all of the passengers were citizens of Japan and provided passport numbers for eight passengers. Japanese citizens do not need visas to enter the U.S. for tourism or business purposes.

6. The USCG cutter Paul Clark arrived on scene with the suspect vessel approximately 10 nautical miles east of Port Everglades, Florida and commenced an administrative boarding. A male, later identified as BRADFORD, was observed operating the vessel, and another male, later identified as MCNEIL was observed on deck.

7. A boarding party from the USCG cutter Paul Clark boarded the suspect vessel and asked MCNEIL to have all passengers come on deck. Twelve passengers, who were later determined to be Chinese nationals and were in possession of passports from the People's Republic of China, were found on board the suspect vessel. Chinese Nationals are required to obtain a visa prior to entering the U.S. for any purpose.

8. A member of the boarding party asked MCNEIL why there were twelve Chinese nationals on board instead of eight Japanese nationals. MCNEIL stated that it must have been a misunderstanding and asked the boarding party, "Are we in trouble?" MCNEIL further stated that he "worked with the underground railroad and anti-human trafficking and would never do anything wrong."

9. None of the twelve Chinese nationals on board possessed documentation or visas that would allow them to legally enter the United States. BRADFORD, MCNEIL and the twelve Chinese nationals were transferred to the cutter Paul Clark for interviewing and processing. No citizens or nationals of Japan were found on board the suspect vessel.

10. In a post-Miranda interview, BRADFORD stated that they departed the United States on the suspect vessel on July 22, 2019, and arrived in Nassau, Bahamas. BRADFORD admitted that the purpose of the trip was to pick up a tour group of aliens in the Bahamas and transport them to the United States and return them to the Bahamas on Friday. BRADFORD stated that he has been a charter captain for thirty to forty years and is aware that people coming to the U.S. had to be inspected by immigration and customs and had to have proper documents to enter the U.S. BRADFORD stated that he never checked to see if the passengers had proper documents to come to the U.S.

11. A search of the suspect vessel revealed more than ten cell phones in a bag in the bridge area of the vessel. None of the twelve Chinese nationals were in possession of a cell phone. Based on my knowledge and experience in human smuggling cases, smugglers often collect cell phones from migrants until they are paid for delivering the migrants to the U.S.

12. Additionally, the Chinese nationals were not observed to possess any luggage.

13. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that James Alexander BRADFORD and Robert Lawrence MCNEIL JR did knowingly conspire to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

FURTHER AFFIANT SAYETH NAUGHT.

_____
DAVID JANSEN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn and subscribed before me this
24th day of July, 2019.

_____
HON. PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: James Bradford

$100,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ANITA WHITE

Last Known Address: _____

What Facility: _____

Agent(s):   SA David Jansen
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
(786) 229-4291

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: Robert McNeil Jr.

$100,000 PSB and $50,000 10%
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   ANITA WHITE

Last Known Address: _____

What Facility: _____

Agent(s):   SA David Jansen
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
(786) 229-4291